UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CARL MCWILLIAMS, :
    Petitioner :
 :
v. : CIVIL NO. 1:11-cv-1786
 :
JOSEPH MAZURKIEWICZ, :
    Respondent :

*O R D E R*

AND NOW, this 30th day of October, 2013, upon consideration of the thorough and detailed Report and Recommendation (Doc. 42) of Magistrate Judge Martin C. Carlson filed on October 10, 2013, to which no objections have been filed, it is Ordered as follows:

    1. The Report and Recommendation (Doc. 42) is adopted in its entirety.

    2. The amended habeas petition (Doc. 35) is dismissed as moot for the reasons stated in the Report and Recommendation.

    3. The Clerk of Court is directed to close this case.

                              /s/ William W. Caldwell
                               William W. Caldwell
                               United States District Judge